# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 18, 2022

### NO. 03-22-00540-CV

**Tzu-Chen Lin, Appellant**

**v.**

**Chuan-Ben Fu, Appellee**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND KELLY**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the interlocutory order signed by the trial court on August 16, 2022. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.